On Appplication for Rehearing
PER CURIAM.
We have held that: “a husband’s cause of action for damages resulting from a tort committed against him while living with his wife in community is community property. It follows that the damages received by judgment of court or the funds received in settlement of a compromise of such cause of action are also community property.” We reinstated the judgment of the trial *277 court, which had ordered the payment to the wife of the fund in dispute. By this the majority intended to hold that the time the husband’s cause of action arises determines the community or separate nature of the cause of action and the community or separate nature of the funds obtained when the suits on the cause ' of action were settled.
SUMMERS, J., dissents and assigns reasons.
BARHAM, J., dissents and assigns reasons.